```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 05 B 16829
   GERALD H SANCHEZ
                                              CHAPTER 13

                                              JUDGE: JACK B SCHMETTERER

            Debtor
   SSN XXX-XX-1290

--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 04/28/2005 and was confirmed 06/08/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated  89.05% from remaining funds.

     The case was paid in full 04/11/2008.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT       INTEREST         PRINCIPAL
                                                               PAID             PAID
--------------------------------------------------------------------------------
SELECT PORTFOLIO SERVICI  CURRENT MORTG         .00              .00              .00
ACTION CARD               UNSECURED       NOT FILED              .00              .00
BANKFIRST CARD CENTER     UNSECURED       NOT FILED              .00              .00
CAPITAL ONE  SERVICES     UNSECURED       NOT FILED              .00              .00
CAPITAL ONE  SERVICES     UNSECURED       NOT FILED              .00              .00
CAPITAL ONE  SERVICES     UNSECURED       NOT FILED              .00              .00
CHICAGO MUNICIPAL EMPLOY  UNSECURED       NOT FILED              .00              .00
RESURGENT ACQUISITION LL  UNSECURED         2332.61              .00          2077.26
PREMIER BANCARD CHARTER   UNSECURED          846.87              .00           754.16
ECAST SETTLEMENT CORP     UNSECURED          420.05              .00           374.07
ROYAL SAVING BANK         UNSECURED       NOT FILED              .00              .00
ROYAL SAVING BANK         UNSECURED       NOT FILED              .00              .00
SUPERIOR ASSET MANAGEMEN  NOTICE ONLY     NOT FILED              .00              .00
T-MOBILE BANKRUPTCY       UNSECURED          958.15              .00           853.26
FORD MOTOR CREDIT         SECURED NOT I   12000.00               .00              .00
SELECT PORTFOLIO SERVICI  SECURED NOT I        .00               .00              .00
CHICAGO MUNICIPAL EMPLOY  UNSECURED       NOT FILED              .00              .00
FORD MOTOR CREDIT         UNSECURED           14.44              .00            12.86
LORRAINE GREENBERG & ASS  DEBTOR ATTY      2,694.00                           2,694.00
TOM VAUGHN                TRUSTEE                                               434.39
DEBTOR REFUND             REFUND                                                473.13

     Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                     RECEIPTS            DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                  7,673.13

PRIORITY                                         .00
SECURED                                          .00
UNSECURED                                    4,071.61
ADMINISTRATIVE                               2,694.00

                  PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 05 B 16829 GERALD H SANCHEZ
```

```
TRUSTEE COMPENSATION                                               434.39
DEBTOR REFUND                                                      473.13
                                            ----------------   ----------------
TOTALS                                             7,673.13           7,673.13
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                        /s/ Tom Vaughn
Dated: 07/29/08                         _____
                                        TOM VAUGHN
                                        CHAPTER 13 TRUSTEE
```